# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Isadore Stewart and Paulette Stewart,

               Plaintiffs,

v.

TCF National Bank, William Cooper, Rosey Dickey, Monica Lash, and Brad Erickson,

               Defendants.

Civil No. 12-2835 (RHK/AJB)

**ORDER**

---

Based upon the March 1, 2013, Report and Recommendation of United States Chief Magistrate Judge Arthur J. Boylan, and upon all the files and records herein, and no objections having been filed to said Report and Recommendation, **IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 31) is **ADOPTED**;

2. Defendants TCF National Bank, William Cooper, Rosey Dickey, and Monica Lash's Motion to Dismiss (Doc. No. 9) is **GRANTED**;

3. Plaintiffs' claims against Defendant Brad Erickson are **DISMISSED**; and

4. Plaintiffs' Complaint (Doc. No. 1) is **DISMISSED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 28, 2013

                                                 s/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Judge